IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARILEE STINE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CSX TRANSPORTATION, INC., )<br>)<br>Defendant. ) | Case No.: 3:04-cv-716-GPM |

**ORDER**

This matter is before the Court on the Joint Motion to Amend/Correct Scheduling Plan and Continue Trial Date filed by the parties on September 1, 2005 (Doc. 23). The Motion is **GRANTED IN PART**.

The parties seek to extend their expert disclosure and related deadlines and the trial date by 60 days. The parties indicate that while they have been "diligently working to complete" fact discovery, they still need additional time to finish this discovery prior to preparing expert disclosures. Federal Rule of Civil Procedure 6(b) provides that this Court may move deadlines for "cause shown." At most the parties have merely stated that they require additional time. In addition, the deadlines in this case were already moved once and in accordance with the parties suggestion of a May, 2006 presumptive trial month. The trial month in this case is firm. The parties may have until February 3, 2006 to complete discovery related to their experts (according to the schedule they have agreed to); however, neither the dispositive motion filing date nor the trial date will be moved at this time.

**DATED: September 12, 2005**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**
